IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ALLEN CHRISTIAN, #177126, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-cv-453-ECM |
| | ) |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On May 4, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed as time-barred (doc. 19) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice as time-barred and filed after the expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

Done this 14th day of June, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE